# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | USA v. Lindford Nordli McFarlane, 2:25-mj-00105-AC | *Date:* | July 16, 2025 |
| *To:* | **Alexandra Waldrop** <br> **Courtroom Deputy to** <br> **Magistrate Judge Chi Soo Kim** <br> **US District Court** <br> **Eastern District of California** | *From:* | **AUSA Adrian T. Kinsella** <br> **U.S. Attorney's Office** <br> **Eastern District of California** <br> **501 I Street, Ste 10-100** <br> **Sacramento, California 95814** <br> **Telephone: (916) 554-2700** <br> **Fax: (916) 554-2900** |

    This matter is currently set for a status conference regarding Rule 20 on July 17, 2025, at 2:00 p.m. The parties jointly request that the matter be continued to July 18, 2025, at 2:00 p.m.